UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Emmanuel Quentin Wylie,

      Plaintiff,

v.                                  Case No. 19-10548

State of Michigan, *et. al.*,          Hon. Sean F. Cox
                                    United States District Court Judge

      Defendants.

_____/

## ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND OF SUMMARY DISMISSAL

Acting *pro se*, Emmanuel Quentin Wylie filed this action against the State of Michigan, the Frank Murphy Hall of Justice, "Judge Kenny," "Judge Hathaway," and the Detroit Police Department. Along with his Complaint, Plaintiff filed an application to proceed *in forma pauperis*.

Indigent litigants may request a waiver of filing fees under 28 U.S.C. § 1915. Having reviewed Plaintiff's application to proceed *in forma pauperis*, the Court **GRANTS** that application.

Because Plaintiff is proceeding *in forma pauperis*, the applicable statute requires this Court to dismiss this case, at any time, if it fails to state a claim upon which relief may be granted. *See* 28 U.S.C. § 1915(b)(2) ("the court shall dismiss the case at any time if the court determines that" the action "fails to state a claim on which relief may be granted."). In addition, even where a plaintiff has paid the filing fee, "a district court may, at any time, *sua sponte* dismiss a complaint for lack of subject matter jurisdiction pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure when the allegations of a complaint are totally implausible, attenuated, unsubstantial, frivolous, devoid of merit, or no longer open to discussion." *Apple v. Glenn*, 183 F.3d. 477, 479 (6th Cir. 1999).

1

Although this Court is mindful that *pro se* complaints must be liberally construed, the Court concludes that even when so construed, Plaintiff's complaint fails to state a claim upon which relief may be granted. For the most part, Plaintiff's complaint consists of an incoherent stream of words and legal phrases. Even with a liberal reading of the allegations in Plaintiff's complaint, this Court is unable to discern any cognizable claim against the Defendants.

Accordingly, **IT IS ORDERED** that this action is **DISMISSED** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and Fed. R. Civ. P. 12(b)(1).

**IT IS SO ORDERED.**


Dated: April 17, 2019                                        s/ Sean F. Cox
                                                            Sean F. Cox
                                                            U. S. District Judge